1  MARC J. FAGEL (SBN. 154425)
   fagelm@sec.gov
2  ROBERT L. MITCHELL (SBN. 161354)
   mitchellr@sec.gov
3  SAHIL W. DESAI (SBN. 197358)
   desais@sec.gov
4  SECURITIES AND EXCHANGE
   COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
7  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE
8  COMMISSION

9  DAVID T. ALEXANDER (SBN. 49996)
   LAW OFFICE OF DAVID T. ALEXANDER
10 332 Sheridan Avenue
   Piedmont, CA 94611
11 Telephone (650) 387-4382
   david@dta-law.com
12
   BOIES, SCHILLER & FLEXNER LLP
13 David W. Shapiro (SBN 219265)
   dshapiro@bsfllp.com
14 David L. Zifkin (SBN 232845)
   dzifkin@bsfllp.com
15 1999 Harrison Street, Suite 900
   Oakland, CA 94612
16 Telephone: 510-874-1000
   Facsimile: 510-874-1460
17 Attorneys for Defendant Benjamin Silva, III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>BENJAMIN SILVA, III,<br><br>    Defendant. | Case No. 09-05395-LHK<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

WHEREAS the Court previously directed plaintiff Securities Exchange Commission and defendant Benjamin Silva, III, to participate in a mediation (Docket Item 22) which, pursuant to ADR Local Rule 6-4, must be completed by December 2, 2010;

WHEREAS the parties have conferred with Court-appointed mediator John Skelton and, in consultation with the mediator, have resumed direct negotiations concerning a possible settlement of this litigation; and

WHEREAS the parties, in consultation with the mediator, believe that additional direct negotiations may be helpful in resolving this litigation;

THEREFORE, the parties hereby stipulate, and request that the Court enter as its order, that the deadline for the parties to complete a Court-ordered mediation be extended from December 2, 2010, to January 28, 2011. As indicated on the attached certificate of service, concurrently with the filing of this stipulation and proposed order, plaintiff will serve a copy of the stipulation and proposed order on the Court-appointed mediator.

DATED: November 5, 2010          Respectfully Submitted,

/s/ Robert L. Mitchell
Robert L. Mitchell
Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

DATED: November 5, 2010

/s/ David T. Alexander
David T. Alexander
Law Office of David T. Alexander
332 Sheridan Avenue
Piedmont, CA 94611
Telephone: (650) 387-4382
Facsimile: (510) 654-3773
Attorney for Defendant
BENJAMIN SILVA, III

1  DATED: November 5, 2010

2
3                                      /s/ David W. Shapiro
                                       David W. Shapiro
4                                      David L. Zifkin
                                       Boies, Schiller, & Flexner LLP
5                                      1999 Harrison Street
                                       Suite 900
6                                      Oakland, CA 94612
                                       Telephone: 510-874-1000
7                                      Facsimile: 510-874-1460
                                       Attorneys for Defendant
8                                      BENJAMIN SILVA, III

9

10                                    **ORDER**

11

12    PURSUANT TO STIPLUATION, IT IS ORDERDED that the date for the parties to complete

13  Court-ordered mediation in this case is extended from December 2, 2010 to January 28, 2011.

14
                                       *Lucy H. Koh*
15  DATED: __November 10__, 2010      _____
                                       U.S. District Judge