MARC J. FAGEL (SBN. 154425)
fagelm@sec.gov
ROBERT L. MITCHELL (SBN. 161354)
mitchellr@sec.gov
SAHIL W. DESAI (SBN. 197358)
desais@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

BOIES, SCHILLER & FLEXNER LLP
David W. Shapiro (SBN 219265)
dshapiro@bsfllp.com
David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:    (510) 874-1000
Facsimile: (510) 874-1460

LAW OFFICE OF DAVID T. ALEXANDER
David T. Alexander (SBN 49996)
david@dta-law.com
332 Sheridan Avenue
Piedmont, CA 94611
Telephone:(650) 387-4382
Facsimile: (510) 654-3773

**Attorneys for Defendant
BENJAMIN SILVA, III**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>   vs.<br><br>BENJAMIN SILVA, III,<br><br>     Defendant. | Case No. 09-05395-LHK<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE** |

1   This stipulation is entered into by and among plaintiff Securities and Exchange Commission
2   ("Commission") and defendant Benjamin Silva, III to continue the case management conference
3   currently schedule for February 2, 2011 to April 27, 2011 as follows:
4   On January 27, 2011, the Commission and Mr. Silva participated in a Court-ordered
5   mediation.  As a result of the mediation, the Commission staff and Mr. Silva reached an agreement in
6   principle to settle this litigation.
7   As a federal government agency, the Commission can only act through a vote of its five
8   Presidentially-appointed Commissioners.  As a result, any proposed settlement must be presented to
9   the Commissioners for consideration and ratification before the parties may present it to the Court.
10  In order to allow time for the Commissioners to consider and vote whether to ratify the
11  proposed settlement, the parties hereby stipulate and request that the Court enter an order that (1)
12  continues the case management conference currently scheduled for February 2, 2011 to April 27,
13  2011, and (2) continues the current fact discovery cut-off to a date to be determined at the April 27
14  case management conference.

16  DATED:   January 31, 2010                Respectfully Submitted,

*/s/ Robert L. Mitchell*
Robert L. Mitchell
Securities and Exchange Commission
44 Montgomery Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**STIPULATION AND ~~PROPOSED~~ ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
SEC V. SILVA, CASE NO. 09-05395-LHK**

1 | DATED: January 31, 2010

/s/ David L. Zifkin
David W. Shapiro
David L. Zifkin
Boies, Schiller, & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
Telephone: 510-874-1000
Facsimile: 510-874-1460

David T. Alexander
Law Office of David T. Alexander
332 Sheridan Avenue
Piedmont, CA 94611
Telephone: (650) 387-4382
Facsimile: (510) 654-3773

Attorneys for Defendant
BENJAMIN SILVA, III

## ORDER

Based on the foregoing stipulation of the parties, and for good cause appearing, it is ordered that (1) the case management conference scheduled for February 2, 2011 is hereby continued to _____ April 27 _____, 2011 at __2 p.m.__, and (2) the current fact discovery cut-off date of June 17, 2011 is hereby continued to a date to be determined at the __April 27__, 2011 case management conference.

SO ORDERED.

Dated:  January 31, 2011

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

**STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SEC V. SILVA, CASE NO. 09-05395-LHK**      - 2 -