MARC J. FAGEL (SBN. 154425)
fagelm@sec.gov
ROBERT L. MITCHELL (SBN. 161354)
mitchellr@sec.gov
SAHIL W. DESAI (SBN. 197358)
desais@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


BOIES, SCHILLER & FLEXNER LLP
David W. Shapiro (SBN 219265)
dshapiro@bsfllp.com
David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

LAW OFFICE OF DAVID T. ALEXANDER
David T. Alexander (SBN 49996)
david@dta-law.com
332 Sheridan Avenue
Piedmont, CA 94611
Telephone: (650) 387-4382
Facsimile: (510) 654-3773

Attorneys for Defendant
BENJAMIN SILVA, III

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>BENJAMIN SILVA, III,<br><br>        Defendant. | Case No. 09-05395-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

...
...

1   This stipulation is entered into by and among plaintiff Securities and Exchange Commission
2   ("Commission") and defendant Benjamin Silva, III to continue the case management conference
3   currently schedule for April 27, 2011 to June 15, 2011 as follows:
4   On January 27, 2011, the Commission and Mr. Silva participated in a Court-ordered
5   mediation.  As a result of the mediation, the Commission staff and Mr. Silva reached an agreement in
6   principle to settle this litigation.
7   On January 31, 2011, pursuant to stipulation of the parties, the Court entered an order
8   vacating a case management conference set for February 2, 2011, and re-setting it for April 27, 2011.
9   Dkt. No. 31.  The parties requested this postponement so that they could document the settlement
10  reached during the mediation and submit it for consideration and ratification by the Commission.
11  There were some unanticipated delays in documenting the settlement.  However, the parties
12  have now documented the settlement and have submitted it for consideration to the Commission.
13  In order to allow time for the Commissioners to consider and vote whether to ratify the
14  proposed settlement, the parties hereby stipulate and request that the Court enter an order that (1)
15  continues the case management conference currently scheduled for April 27, 2011 to June 15, 2011
16  and (2) continues the current fact discovery cut-off to a date to be determined at the June 15 case
17  management conference.
18
19  DATED:   April 18, 2011                    Respectfully Submitted,
20
21                                              */s/ Robert L. Mitchell*
22                                              Robert L. Mitchell
                                                Securities and Exchange Commission
23                                              44 Montgomery Street, 26th Floor
                                                San Francisco, CA 94104
24                                              Telephone:  (415) 705-2500
                                                Facsimile:  (415) 705-2501
25                                              Attorney for Plaintiff
                                                SECURITIES AND EXCHANGE COMMISSION
26
27
28

**STIPULATION AND** ~~PROPOSED~~ **ORDER TO**
**CONTINUE CASE MANAGEMENT CONFERENCE**
**SEC V. SILVA, CASE NO. 09-05395-LHK**

DATED:   April 18, 2011

          */s/ David L. Zifkin*
David W. Shapiro
David L. Zifkin
Boies, Schiller, & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
Telephone:  510-874-1000
Facsimile: 510-874-1460

David T. Alexander
Law Office of David T. Alexander
332 Sheridan Avenue
Piedmont, CA 94611
Telephone:  (650) 387-4382
Facsimile:  (510) 654-3773

Attorneys for Defendant
BENJAMIN SILVA, III

## ORDER

Based on the foregoing stipulation of the parties, and for good cause appearing, it is ordered that (1) the case management conference scheduled for April 27, 2011 is hereby continued to __June 8__, 2011 at __2:00 p.m.__, and (2) the current fact discovery cut-off date of June 17, 2011 is hereby continued to a date to be determined at the __June 8__, 2011 case management conference.  **No further continuances will be granted.**

SO ORDERED.

Dated:   April 22, 2011

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
**SEC V. SILVA, CASE NO. 09-05395-LHK**

- 2 -